AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   1:17SW449
THE PREMISES LOCATED ███████████ )
███████ ALEXANDRIA, VIRGINIA 22314 )   UNDER SEAL
)

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Eastern     District of     Virginia     
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before     August 8, 2017     *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Honorable Theresa C. Buchanan     .
                                                                                               *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   7/25/17   11:25 am           /s/ Theresa Carroll Buchanan
                                                                    United States Magistrate Judge
                                                                    *Judge's signature*

City and state:     Alexandria, Virginia                     Honorable Theresa C. Buchanan
                                                                    *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 1:17SW449 | Date and time warrant executed: 7/26/2017 4:56PM | Copy of warrant and inventory left with: Paul Manafort |
|---|---|---|

Inventory made in the presence of: Paul Manafort

Inventory of the property taken and name of any person(s) seized:

See attached:
- List of items seized (Attachment A)
- List of items digitally imaged, not physically taken ~~seized~~ BD/ (Attachment B)
- List of items seized, flagged for possible attorney-client privilege (Attachment C)

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/8/17

_____
Executing officer's signature

Special Agent
Printed name and title

FD-697 (Rev 8-11-94)                                                                           Page 1 of 4

| Attachment A |
|---|

# UNITED STATE DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
Receipt for Property     Received/Returned/Released/Seized

File #: ▮

On (date)    7/26/2017

item(s) listed below were:
- ☐ Received From
- ☐ Received To
- ☐ Released To
- ☒ Seized

(Name)           Paul Manafort
(Street Address) ▮
(City)            Alexandria, VA 22314

**Description of Item(s):**

| |
|---|
| Financial documents, calenders, list of passwords |
| Business agreement |
| Papers with e-mail addresses, handwritten notes, letter from ▮ correspondence, envelopes from financial institutions |
| Capital One statement + deposit acct ▮ Capital One statement + deposit acct# ▮ Capital One deposit acct# ▮ |
| M+T Bank Acct # ▮ M+T Bank Acct# ▮ |
| Various banking deposit slips from Citibank, Wells Fargo, acct statements Citigold acct# ▮ transfer + acct statements Citigold acct# ▮ |
| Handwritten list of contacts |
| Hudson City Savings Bank Acct# ▮ Hudson City Savings Bank Acct# ▮ |
| Transaction Register: "Capital One", Transaction Register: "Opened Mar 20, 2013", Transaction Register: "▮ |
| Capital One brokerage statement acct ▮ Capital One acct. profile + agreement acct: ▮ |
| First Repub. Bank acct statement: ▮ First Repub. Bank acct statement: ▮ |
| Nine (9) green hanging file folders containing financial and other documents |
| Thirteen (13) green hanging file folders containing documents |
| Safety deposit key number 55 with envelope labeled "CCFSB" |
| 1 Citibank banking document, handwritten notes on yellow lined paper, with envelope "Davis, Manafort Inc ▮ Alexandria Virginia 22314" |
| 4 Capitol One banking documents with envelope "Hudson M&T savings" |

FD-597 (Rev 8-11-94)　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2 of 4

# UNITED STATE DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property   Received/Returned/Released/Seized

| |
|---|
| File #: ▓▓▓▓▓ |
| Eight (8) documents from hanging file drawer #4, plus one (1) green hanging file |
| Seven (7) green and five (5) brown hanging file folders containing documents. |
| Check for USB acct: ▓▓▓▓▓ |
| One (1) deposit slip, Two (2) documents from Charles Schwab re: closure of accounts; one addressed to Paul Manafort, one addressed to ▓▓▓▓▓ |
| Pack of 4 DVD discs, "Hyatt Regency Kyiv" notepaper used to make handwritten notes mentioning "laptop", "flashdrin", "and "disc" |
| 1 black external hard drive "simpletech" logo. SN: unknown; BOM No: ▓▓▓▓▓ |
| 1 Blue external hard drive - "WD" logo SN: ▓▓▓▓▓ |
| American Express Business Platinum, ▓▓▓▓▓ ending in ▓▓▓ Ramshead Farm |
| UBS Visa, ▓▓▓▓▓ ending in ▓▓▓ UBS Visa, Ramshead Farms LLC Paul Manafort, ending in ▓▓▓ UBS Visa, LOAV LTD Paul J. Manafort, ending in ▓▓▓ UBS Visa, John Hannah LLC Paul J. Manafort, ending in ▓▓▓ |
| S10, drawer two; including financial documents. Box 2 of 2. |
| S10, drawer three, including real estate, inheritance, investment, tax, retirement and art purchase documents |
| S10, drawer one, including financial and real estate document |
| S10, drawer two; including real estate and financial documents. Box 1 of 2. |
| Twenty (20) documents containing financial + other information, located in Charles Schwab folder on built-in library shelf |
| Financial document |
| 1 black watch, labeled "The Royal Way, Bijan, N03" |
| 512 MB Sandisk SD Card from Nikon Cool Pics FN-1 located in black case in black/red camera/video bag |
| 32GB Transcend SD card located in Go Pro Hero 2 from black bower camera bag |
| 1 8G Transcend SD card; 1 32GB SD card Nikon D-7000 located in black/red Tamrac camera bag |
| 1GB Sandisk card from Casio EXILIM camera from gray mesh bag |
| Black Sony stick 32GB located in a Sony camera from black Lo Pro bag |
| 16GB San Disk SD Card from Nikon D-90 located in black Nikon camera bag |
| Micro SD 64G - found in Nikon I camera from bright green Tumi camera bag |
| 16 GB Sandisk SD card from Nikon Cool Pics S-9700 located in bright green Tumi camera bav |
| 1 16GB Sony memory stick pro located in Sony handicam from Sony leather handicam case in clear ziploc |

FD-597 (Rev 8-11-94)     Page 3 of 4

# UNITED STATE DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
Receipt for Property   Received/Returned/Released/Seized

**File #:** ▇▇▇▇▇▇
▇▇▇▇

- iPod, 64 GB, SN: ▇▇▇▇▇▇
- 32GB Transcend 32GB SD card located in Panasonic HCV700M video camera + black/red video bag
- 2 16MB Lexar compact flash cards; 1 Viking 128MB compact flash card; 1 San Disk 4GB SD card; 1 San Disk 256MB memory stick; 1 8MB Sony mega memory stick; 1G4 MB Sony memory stick; 1 16GB Sony memory stick
- 2GB Polaroid SD card located in Casio camera
- 8GB Sony memory stick located in Sony cyber shot in black pouch + black mesh bag
- Lexar 1GB SD card located in Casio EX-Z1200, in black mesh bag
- 4 GB memory stick, Sony, located in Sony cyber shot in black Sony pouch
- 4GB San Disk SD card located in Canon power shot XS210 in black camera bag
- G Drive Slim, 500GB; SN ▇▇▇▇▇▇
- RMK_MacBook_Air_Western Digital WD7500BPKX-00HPJT0 750GB hard drive, S/N ▇▇▇▇▇▇ containing memory dump and image of a 500GB solid state drive from an Apple MacBook Air model A1466, S/N ▇▇▇▇▇▇
- Western Digital external hard drive, SN: ▇▇▇▇▇▇
- 4 Citibank financial documents
- 2 M&T banking statements (accts: ▇▇▇ and ▇▇▇ Capital One brokerage statement (accts - ▇▇▇), 2 property tax assessments (Land Rover Financial Group)
- iPad – 64GB SN: ▇▇▇▇▇▇
- Iomega hard drive; model 31905000; SN: ▇▇▇▇▇▇
- Mobile Mate SD+ memory card reader - San disk; Memorex 8GB MegaTravel Drive, w/case - in Ziploc bag
- Iomega hard drive; model# 31847300 SN: ▇▇▇▇▇▇ in black case
- (6) Six blue thumbdrives; (2) Two pink thumbdrives
- HP Mobile USB Drive; Kit#D0549A, Drive Spare #348648-001 Cable Spare #348649-001
- Seagate Go Flex hard drive S/N: ▇▇▇▇▇▇
- iPad – 64GB serial#: ▇▇▇▇▇▇
- iPhone in black and orange case IMEI: ▇▇▇▇▇▇
- Sony micro vault pro – 5GB SN: ▇▇▇▇▇▇ located in blue case
- DEWF_COMBO1: A 1TB HGST HDD, S/N: ▇▇▇▇▇▇ containing forensic images and device extractions from rooms: C, F, K, and Q
- 5 UBS checks from 5 different accounts

FD-597 (Rev 8-11-94)                                                                                   Page 4 of 4

# UNITED STATE DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property    Received/Returned/Released/Seized

**File #:** ▉

| |
|---|
| 6 blank deposit slips from various banks, 7 check reorder forms from various banks, 1 top page of Merrill Lynch checkbook |
| Financial records |
| Documents of personal letters, vehicle information, e-mail information, contact information, Politico article "Mystery Man: Ukraine's U.S. Political Fixer." |
| Iomega portable hard drive 1TB SN ▉ |
| Documents and seal for JESAND, LLC |
| Life insurance policy information from Northwestern Mutual |
| Estimates and/or quotes of high dollar items from Mallett, Inc. |
| Art records and financial records and home appraisals |

**Received By** ▉                      **Received From** Paul Manafort

(signature)                                                                           (signature)

ATTACHMENT B

List of items digitally imaged on-premises, not physically taken:

- RMC_IPOD_TOUCH - Apple iPod Touch 8 Gigabyte (GB) 4th Generation, Model: A1367, MC540LL/A, Serial Number (S/N): ▓▓▓▓▓ A file system and logical extraction was made.
- RMF_IMAC - Apple iMac (27-inch, Mid 2011), Model: A1312, S/N: ▓▓▓▓▓ EMC No: 2429 containing a 250 GB Apple Solid State Drive (SSD), Model: TS256C, S/N: ▓▓▓▓▓ and a 1 TB Western Digital Hard Disk Drive (HDD), Model: WD1001FALS-403AA0, S/N: ▓▓▓▓▓ The date and time of the device was accurate. The owner supplied the password: ▓▓▓▓▓ was used to gain access to the computer and the WiFi networking was turned off at approximately 7:29 AM. A memory capture was made of the running computer. No encryption was detected on the internal HDDs.
- RMF_IPHONE7 - Black Apple iPhone 7 32 GB, Model: A1660 / MNAC2LL/A, S/N: ▓▓▓▓▓ IMEI: ▓▓▓▓▓ ICCID: ▓▓▓▓▓ MEID: ▓▓▓▓▓ containing Verizon SIM: ▓▓▓▓▓ running IOS 10.2.1 (14D27). There was no Apple ID associated with the phone. The phone name is: iPhone. A file system and logical extraction was made of the phone and a logical extraction was made of the SIM card.
- RMF_IPOD_TOUCH1 - Apple iPod Touch 8 GB 4th Generation, Model: A1367, MC540LL/A, S/N: ▓▓▓▓▓ A file system and logical extraction was made.
- RMF_IPOD_TOUCH2 - Apple iPod Touch 8 GB 4th Generation, Model: A1367, MC540LL/A, S/N: ▓▓▓▓▓ A file system and logical extraction was made.
- RMF_IPOD - Apple iPod 160 GB, model: A1238, S/N: ▓▓▓▓▓ A forensic image was made. Note: The forensic image was inadvertently named the same as RMF_FLASH10.
- RMF_SDCARD - 512 MB Lexar Platinum SD card, Model: 3401-512SA 4505C, Universal Serial Bus (USB) S/N: ▓▓▓▓▓ A forensic image was made.
- RMF_FLASH2 - 32 GB Monster Digital Flash Drive, USB S/N: ▓▓▓▓▓ A forensic image was made.
- RMF_FLASH3 - 4 GB Silver and Clear Flash Drive, USB S/N: ▓▓▓▓▓ A forensic image was made.
- RMF_FLASH4 - 8 GB Generic Blue Colored Flash Drive, USB S/N: ▓▓▓▓▓ A forensic image was made.
- RMF_FLASH5 - 8 GB Generic Blue Colored Flash Drive, USB S/N: ▓▓▓▓▓ A forensic image was made.
- RMF-FLASH6 - 8 GB Generic Blue Colored Flash Drive, USB S/N: ▓▓▓▓▓ A forensic image was made.
- RMF-FLASH8 - 64 Megabyte (MB) Dell Flash Drive, USB S/N: ▓▓▓▓▓ A forensic image was made.
- RMF-FLASH9 - 8 GB Generic Blue Colored Flash Drive, USB S/N: ▓▓▓▓▓ A forensic image was made.
- RMF-FLASH10 - 4 GB Highcountry Investments Limited Flash Drive, no S/N. A forensic image was made.

- RMF-FLASH11 - 8 GB Generic Blue Colored Flash Drive, USB S/N: ▇▇▇ A forensic image was made.
- RMF-FLASH12 - 8 GB Generic Blue Colored Flash Drive, USB S/N: ▇▇▇ A forensic image was made.
- RMF-FLASH13 - 1 GB Blue KWC Flash Drive, no S/N. A forensic image was made.
- RMK_MACBOOK_AIR - Apple Macbook Air (13-inch, Early 2015), Model: A1466, S/N: ▇▇▇ EMC No: 2925 containing a 500 GB Apple SSD, Model: SM0512G, S/N: ▇▇▇ The owner entered the password to unlock the computer. The internal SSD was Apple Filevault encrypted. A memory capture was made of the running computer. A decrypted image of the computer was made.
- RMK_IPHONE7 - White Apple iPhone 7 32 GB, Model: A1660 / MN8J2LL/A, S/N: ▇▇▇ IMEI: ▇▇▇ ICCID: ▇▇▇ MEID: ▇▇▇ containing AT&T SIM: ▇▇▇ running IOS 10.3.2 (14F89). The Apple ID associated with the phone is ▇▇▇ e-mail: ▇▇▇ The phone name is: KBM AT&T. A file system and logical extraction was made of the phone and a logical extraction was made of the SIM card.
- RMK_IPHONE7PLUS - Jet Black Apple iPhone 7 Plus 256 GB, Model: A1661 / MN4L2LL/A, S/N: ▇▇▇ IMEI: ▇▇▇ ICCID: ▇▇▇ MEID: ▇▇▇ containing AT&T SIM: ▇▇▇ running IOS 10.3.2 (14F89). The Apple ID associated with the phone is paul manafort, ▇▇▇ The phone name is: Channel 3. A file system and logical extraction was made of the phone and a logical extraction was made of the SIM card.
- RMK_IPAD_MINI1 - Black Apple iPad Mini with Retina Display 32 GB, Model: A1490, S/N: ▇▇▇ MSISDN: ▇▇▇ ICCID: ▇▇▇ IMSI: ▇▇▇ containing Verizon SIM: ▇▇▇ running IOS 10.3.2 (14F89). The Apple ID associated with the table is paul manafort, e-mail: ▇▇▇ The tables name is: iPad. A file system and logical extraction was made of the tablet and a logical extraction was made of the SIM card.
- RMK_IPAD_MINI2 - White Apple iPad Mini 64 GB, Model A1455, S/N: ▇▇▇ IMEI: ▇▇▇ MEID: ▇▇▇ containing Verizon SIM: ▇▇▇ running IOS 8.1.2 (12B440). The Apple ID associated with the tablet is paul manafort, e-mail: ▇▇▇ The table name is: Paul IPAD Mini. A file system and logical extraction was made of the tablet and a logical extraction was made of the SIM card.
- RMK_IPOD_TOUCH1 - Apple iPod Touch 8 GB 4th Generation, Model: A1367, MC540LL/A, S/N: ▇▇▇ A file system and logical extraction was made.
- RMK_IPOD_TOUCH2 - Apple iPod Touch 8 GB 4th Generation, Model: A1367, MC540LL/A, S/N: ▇▇▇ A file system and logical extraction was made.
- RMK_CAMERA_MICROSD - 4 GB Toshiba Micro SD HC memory card from an Olympus digital camera, model: Stylus Tough-6000, S/N: ▇▇▇ A forensic image was made.
- RMK_SONYCAMERA_SDCARD - 4 GB Sony SD HC memory card from a Sony Cyber-shot digital camera, model: DSC-WX5, S/N: ▇▇▇ A forensic image was made.
- RMK_FLASH1 - 512 MB SanDisk Cruzer Micro. A forensic image was made.
- RMK_FLASH2 - 8 GB Generic Blue Colored Flash Drive. A forensic image was made.

- RMQ_CAMCORDER_SDCARD1 - 32 GB SanDisk Ultra SD HC memory card from Slot A of a Canon VIXIA HF G30 camcorder. A forensic image was made.
- RMQ_CAMCORDER_SDCARD2 - 64 GB SanDisk Ultra SD XC I memory card from Slot B of a Canon VIXIA HF G30 camcorder. A forensic image was made.

**Attachment C**

[redacted]

7/26/2017

collected item log - possible attorney client privilege

T1 - Green hanging file documents described as possible attorney/client priv.
  Room F, Drawer 2 of filing cabinets
  SA [redacted]
  SA [redacted]

T2 - blue folder with foreign letters: possible attorney-client letters/papers
  Room F, computer desk, top of desk R side
  SA [redacted]
  SA [redacted]

T3 - SI0, drawer three; including legal documents 1 of 2
  SI0, drawer three
  SA [redacted]
  SA [redacted]

T4 - SI0, drawer three; including legal documents 2 of 2
  SI0, drawer three
  SA [redacted]
  SA [redacted]

T5 - SI0, drawer two; including legal documents
  SI0, drawer two
  SA [redacted]
  SA [redacted]

T6 - SI0, drawer one; including letter confirming agreement for legal services
  SI0 drawer one

T6 (continued) SA ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
SA ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

T7 – Seven (7) documents potentially attorney-client privileged. From Charles Schwab folder on built-in library shelf.
Room F.
SA ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
SA ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

T8 – Three binders and four printed loose papers, possible attorney-client
Room F in between couch and chest in or beside green bag.
SA ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
SA ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

T9 – documents in envelope, possible taint
Room F, computer desk, top of desk on R side
SA ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
SA ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

T10 – documents in manilla folder – possible taint material
Room F, hanging file drawer 6
SA ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
SA ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

## ATTACHMENT A

### The Property to Be Searched

The premises to be searched (the "Subject Premises") is the condominium unit located at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Alexandria, VA 22314, including the storage unit numbered ▮▮ as well as any locked drawers, containers, cabinets, safes, computers, electronic devices, and storage media (such as hard disks or other media that can store data) found therein.

## ATTACHMENT B

### Items to Be Seized (or, in the alternative, identified)

1.  Records relating to violations of 31 U.S.C. §§ 5314, 5322(a) (failure to file a report of foreign bank and financial accounts); 22 U.S.C. § 611, *et. seq.* (foreign agents registration act); 26 U.S.C. § 7206(1) (filing a false tax return); 18 U.S.C. § 1014 (fraud in connection with the extension of credit); 18 U.S.C. §§ 1341, 1343, and 1349 (mail fraud, wire fraud, and conspiracy to commit these offenses); 18 U.S.C. §§ 1956 and 1957 (money laundering and money laundering conspiracy); 52 U.S.C. §§ 30121(a)(1)(A) and (a)(2) (foreign national contributions); and 18 U.S.C. §§ 371 and 2 (conspiracy, aiding and abetting, and attempt to commit such offenses) (collectively, the "Subject Offenses"), occurring on or after January 1, 2006, including but not limited to:

    a.  Any and all financial records for Paul Manafort, Jr., ▮▮▮▮▮▮▮, Richard Gates, or companies associated with Paul Manafort, Jr., ▮▮▮▮▮▮▮, or Richard Gates, including but not limited to records relating to any foreign financial accounts and records relating to payments by or on behalf of any foreign government, foreign officials, foreign entities, foreign persons, or foreign principals;

    b.  Any and all federal and state tax documentation, including but not limited to personal and business tax returns and all associated schedules for Paul Manafort, Jr., Richard Gates, or companies associated with Manafort or Gates;

    c.  Letters, correspondence, emails, or other forms of communications with any foreign financial institution, or any individual acting as the signatory or controlling any foreign bank account;

    d.  Records relating to efforts by Manafort, Gates, or their affiliated entities to conduct activities on behalf of, for the benefit of, or at the direction of any foreign government, foreign officials, foreign entities, foreign persons, or foreign principals, including but not limited to the Party of Regions and Viktor Yanukovych;

    e.  Records relating to, discussing, or documenting Telmar Investments Limited, Tiakora Ventures Limited, Lucicle Consultants Limited, Actinet Trading Limited, Black Sea View Limited, Bletilla Ventures Limited, Evo Holdings Limited, Global Highway Limted, Leviathan Advisors Limited, Loav Advisors Limited, Peranova Holdings Limited, including but not limited to bank records, canceled checks, money drafts, letters of credit, cashier's checks, safe deposit records, checkbooks, and check stubs, duplicates and copies of checks, deposit items, savings passbooks, wire transfer records, and similar bank and financial account records;

    f.  Physical items purchased through the use of funds from Cypriot accounts, including but not limited to rugs purchased from ▮▮▮▮▮▮▮, a Bijan Black Titanium "Royal Way" watch, and clothing purchased from ▮▮▮▮▮▮▮▮

1

    g.    Evidence relevant to any false statements, pretenses, representations, or material omissions in connection with communications with the Department of Justice, the Internal Revenue Service, tax preparers, accountants, or banks;

    h.    Communications, records, documents, and other files involving any of the attendees of the June 9, 2016 meeting at Trump tower, as well as Aras and Amin Agalorov;

    i.    Evidence indicating Manafort's state of mind as it relates to the crimes under investigation;

    j.    The identity of any person(s)—including records that help reveal the whereabouts of the person(s)—who communicated with Manafort about any matters relating to activities conducted by Manafort on behalf of, for the benefit of, or at the direction of any foreign government, foreign officials, foreign entities, foreign persons, or foreign principals;

    k.    Any and all daily planners, logs, calendars, or schedule books relating to Manafort or Gates.

2.    Computers or storage media used as a means to commit the Subject Offenses.

3.    For any computer or storage medium whose seizure is otherwise authorized by this warrant, and any computer or storage medium that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter, "COMPUTER"):

    a.  evidence of who used, owned, or controlled the COMPUTER at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

    b.  evidence of software that would allow others to control the COMPUTER, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

    c.  evidence of the lack of such malicious software;

    d.  evidence indicating how and when the computer was accessed or used to determine the chronological context of computer access, use, and events relating to crime under investigation and to the computer user;

    e.  evidence indicating the computer user's state of mind as it relates to the crime under investigation;

    f.  evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;

g. evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the COMPUTER;

h. evidence of the times the COMPUTER was used;

i. passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;

j. documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;

k. records of or information about Internet Protocol addresses used by the COMPUTER;

l. records of or information about the COMPUTER's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

m. contextual information necessary to understand the evidence described in this attachment.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

The term "storage medium" includes any physical object upon which computer data can be recorded. Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.

# ELECTRONIC EVIDENCE & SEARCH WARRANT TRANSMITTAL FORM

Case No. 1:17-SW-449  Date: July 25, 2017

(S)AUSA: ▓▓▓▓▓▓

## I. TYPE OF LEGAL REQUEST:

☐ ECPA Grand Jury Subpoena and Non-Disclosure Order (§§ 2703(c)(2), 2705(b))
☐ ECPA Court Order (§ 2703(d))
☐ ECPA Content Search (§ 2703(a), (b)(1)(A))
☐ Pen Register/Trap & Trace (§ 3122(a)(1))
☐ Other _____

☐ PRTT/Search Warrant Hybrid (§§ 3122(a)(1), 2703(c)(1)(A))
✓ Regular Search Warrant (Rule 41(e)(2)(A))
☐ ESI Search Warrant (Rule 41(e)(2)(B))
☐ Tracking Device Search Warrant (Rule 41(e)(2)(C))

## II. INFORMATION TO BE OBTAINED OR ITEMS TO BE SEARCHED/SEIZED:

☐ Cell Phone Account from Provider
☐ Land Line Account from Provider
☐ Email Account from Provider
☐ IP Address from Provider
☐ Real-Time Cell Site Records from Provider

☐ Social Media/Messaging Account from Provider
☐ Computer/Laptop/Hard Drive/Cell Phone (Rule 41(e)(2)(A))
☐ Tracking Device (Rule 41(e)(2)(C))
✓ Premises/Property/Vehicle (Rule 41(e)(2)(A))
☐ Other _____

## III. INVESTIGATIVE OFFENSE:

☐ Drugs
☐ Extortion/Racketeering
☐ Fraud
☐ Fugitive/Escape
☐ Immigration
☐ Kidnapping

☐ Sex Offenses
☐ Tax
☐ Terrorism
☐ Theft
☐ Weapons
✓ Other 31 U.S.C. §§ 5314 & 5322(a); 22 U.S.C. § 611 et seq. (FARA); 18 U.S.C. §§ 2, 371, 1341, 1343, 1349, 1956, & 1957; and 52 U.S.C. §§ 30121(a)(1)(A) & (a)(2)

## IV. DELAYED NOTICE:

☐ ECPA Non-Disclosure (§§ 2703(d), 2705(b))
  ☐ Initial – 2 years     ☐ Renewal
☐ ECPA Non-Disclosure for Priority Terrorism Enterprise Investigations (§§ 2703(d), 2705(b))
  ☐ Initial – 3 years     ☐ Renewal
☐ PRTT Non-Disclosure (§§ 3123(d)(2))
  ☐ Initial – 5 years     ☐ Renewal

☒ Search Warrant Delayed Notice (§ 3103a(b), Rule 41(f)(3))

  ☐ Rule 41(e)(2)(A), (B), or (C) Warrants
  ☐ § 2703(a), (b)(1)(A), or (c)(1)(A) Searches
    30 Days
    _____ Days Extension

Updated: 5/2/17